■ In the Matter of JOSEPH J. KINSLOW, an Attorney. Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Stevens, Eager, Steuer and McNally, JJ.